## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| **WILLIE FLOYD WILLIAMS, JR.,** and **MICKLE JERMAINE JACKSON,** | : : : : | |
| **Plaintiffs,** | : : | |
| v. | : : | **Case Number: 7:04-CV-124** |
| **CLINCH COUNTY, GEORGIA; WINSTON PETERSON, Sheriff of Clinch County, in his official and individual capacities; and SISSY SUGGS, Deputy Sheriff of Clinch County, in her official and individual capacities,** | : : : : : : : : | |
| **Defendants .** | : | |

### ORDER

Before this Court is Plaintiffs' motion to amend their complaint (Doc. 23) and Plaintiffs' motion to extend discovery (Doc. 24). For the reasons set forth below, both motions are granted.

### I.     Motion to Amend

In response to Plaintiffs' motion to amend, Defendants indicate that they have no objection to the filing of the amended complaint. Therefore, under Federal Rule of Civil Procedure 15(a), Plaintiffs' motion is granted. Exhibit 1, which was attached to Plaintiffs'

-1-